### Edith M. ELDRIDGE, Claimant–Appellant,

v.

### Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7018.

United States Court of Appeals, Federal Circuit.

Dec. 26, 2002.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).